**IN THE UNITED STATES DISCTRICT COURT**
**MIDDLE DISTRICT OF GEORGIA**
**MACON DIVISION**

| | |
|---|---|
| **GAYLORD HAROLD WINGE, JR., as Administrator of the Estate of GAYLORD HARDOL WINGE, III. Deceased, and ROMINA ESPINA RIVA, as Surviving Spouse and Next Kin of GAYLORD HAROLD WINGE, III, Deceased,**<br><br>    **Plaintiffs,**<br><br>**v.**<br><br>**UNITED STATES OF AMERICA d/b/a CARL VINSON VETERANS ADMINISTRATION MEDICAL CENTER,**<br><br>    **Defendant.** | **Civil Action No. _____**<br><br><br>**JURY TRIAL DEMANDED** |

**COMPLAINT FOR PERSONAL INJURIES, DAMAGES AND WRONGFUL DEATH**

COME NOW Plaintiffs, GAYLORD HAROLD WINGE, JR., as Administrator of the Estate of GAYLORD HARDOL WINGE, III, Deceased, and ROMINA ESPINA RIVA, as Surviving Spouse and Next Kin of GAYLORD HAROLD WINGE, III, Deceased, and file this Complaint for Personal Injuries, Damages and Wrongful Death, respectfully showing the Court the following:

**PARTIES and JURISDICTION**

1.

Plaintiff GAYLORD HAROLD WINGE, JR. is the Administrator of The Estate of GAYLORD HAROLD WINGE, having been duly appointed by the Probate Court of Houston County on March 11, 2025 and issued Letters of Administration (see Exhibit A). Plaintiff GAYLORD HAROLD WINGE, JR. is a resident of Houston County, Georgia.

2.

Plaintiff ROMINA ESPINA RIVA is the surviving spouse of GAYLORD HAROLD WINGE, III, deceased, and is a resident of Davoa City, Philippines.

3.

The claims in this Complaint are brough pursuant to the Federal Tort Claims Act, 28 U.S.C. § 1346(b), 2671-2680.

4.

The acts or omissions that are the subject of this action occurred at the Carl Vinson VA Medical Center in Dublin, Georgia.

5.

Plaintiffs presented their claims to the United States Department of Veterans Affairs, an agency of the United States of America, on October 18, 2023. The U.S. Department of Veterans Affairs denied the claim on October 1, 2024. The denial is attached hereto as Exhibit B.

6.

The amount in controversy exceeds $75,000.00, the minimum jurisdictional limit of this Court.

7.

Venue and jurisdiction are proper in this Court.

## FACTUAL ALLEGATIONS

8.

Gaylord Harold Winge, III was 56 years of age at the time he presented to Carl Vinson VAMC in Dublin, Georgia on March 24, 2023 for an MRI with and without contrast. Mr. Winge's medical history included: hypertension, dyslipidemia, Type 2 diabetes mellitus, diabetic

retinopathy, congestive heart failure, varicose veins, and diabetic foot ulcer. Mr. Winge also had a documented allergy to Iodinated Contrast Media with nausea, vomiting, and edema dating back to at least July 27, 2011 according to the Carl Vinson VAMC records. The drug class included: diagnostic agents, radiological/contrast media, radiopharmaceuticals, diagnostic, non-ionic contrast media, ionic contrast media, imaging agents (in vivo) radiopharmaceuticals, non-imaging agents radiopharmaceuticals, contrast media, other.

9.

On March 24, 2023, Mr. Winge underwent an MRI with and without IV contrast of his right foot. The MRI was ordered by Osealuka G. Enendu, MD, due to poor healing of Mr. Winge's diabetic ulcer. The radiology report written by Barry Parker, MD from this date indicates Mr. Winge has no allergies and that the contrast media used for the MRI study was Gadolinium.

10.

The precontrast images were obtained and Mr. Winge received 17 ml of Multihance via injection. Before the postcontrast scanning could commence, Mr. Winge became nauseated and vomited. After receiving a sip of water, he reported feeling "tingly." The radiology nurse was called to evaluate Mr. Winge, and he became unresponsive and without pulse or respiration. CPR was initiated and a code called. The code was run by Dr. Enendu, Mr. Winge's treating physician. 911 was called and Mr. Winge was transported from the MR trailer to Fairview Park Hospital for further care and treatment.

11.

The MRI was subsequently interpreted by Dr. Barry Parker, Staff Physician, who noted in his Impression: "It is not clear at this point if the patient had a true anaphylactic reaction to the MR contrast or simply vomiting with subsequent cardiopulmonary arrest."

12.

At Fairview Park Hospital it was determined Mr. Winge had severe anoxic encephalopathy and anaphylactic shock secondary to MRI dye causing cardiac arrest. Mr. Winge remained unresponsive and due to his "grim" prognosis, his family requested hospice care at the Carl Vinson VAMC. He was transferred back to Carl Vinson VAMC on March 31, and passed away two days later on April 2, 2023.

13.

At all relevant times, Defendant owed certain civil duties to GAYLORD HAROLD WINGE, III. Defendant violated those duties in the following particulars:

a. failing to note Mr. Winge's known allergy to Iodine and Iodinated Contrast Media and allowing the injection of Gadolinium without premedicating Mr. Winge or having appropriate protocols in place in the event the patient experienced a foreseeable allergic reaction; and

b. in committing other negligent acts and omissions as may be shown by the evidence and proven at trial.

14.

The violations of the standard of care by the radiology team at Carl Vinson VAMC, within reasonable medical probability, resulted in Mr. Winge receiving Gadolinium contrast, which caused an anaphylactic reaction leading to cardiac arrest with secondary severe anoxic encephalopathy and, ultimately, Mr. Winge's death on April 2, 2023.

15.

Pursuant to O.C.G.A. § 9-11-9.1, Plaintiffs attach as Exhibit C to this Complaint the Affidavit and curriculum vitae of Neel Dewan Gupta, MD, who is qualified to testify as an expert

in this case. Said affidavit sets forth at least one negligent act or omission related to the care and treatment of Gaylord Harold Winge, III by Defendant's radiology team, including, but not limited to, Dr. Barry Parker, Staff Physician, the radiology technologist, and the radiology nurse, whose acts and/or omissions directly and proximately caused and/or contributed to the injuries and death of Mr. Winge.

16.

Pursuant to O.C.G.A. § 9-11-9.1, Plaintiffs attach as Exhibit D to this Complaint the Affidavit and curriculum vitae of Chaundria Singleton RT (R)(CT)(MR), who is qualified to testify as an expert in this case. Said affidavit sets forth at least one negligent act or omission related to the care and treatment of Gaylord Harold Winge, III by Defendant's radiology team, including, but not limited to, the radiology technologists, whose acts and/or omissions directly and proximately caused and/or contributed to the injuries and death of Mr. Winge.

**<u>DAMAGES</u>**

17.

As a proximate result of the negligence of the radiology team and personnel at Carl Vinson VAMC, Gaylord Winge, III sustained injuries resulting in great physical, mental, and emotional pain and suffering and death. Plaintiffs show that decedent's Estate has incurred expenses in the nature of funeral and burial expenses due to Defendants' negligence.

18.

Defendant's negligence proximately caused the wrongful death of Gaylord Winge, III, the measure of damages of which is the full value of the life of Gaylord Winge, III.

19.

Gaylord Winge, III was born on August 3, 1966 and was 56 years old at the time of his death.

20.

Gaylord Winge, III, Deceased, is survived by his spouse, Romina Riva, who now brings this wrongful death claim.

21.

Defendant United States of America is vicariously liable for the negligence of Carl Vinson VAMC and its medical staff, including, but not limited to, Barry Parker, MD, the radiology technologist, and the radiology nurse, under the limited waiver of sovereign immunity pursuant to the Federal Tort Claims Act for torts committed by said individuals in the course and scope of their employment by the Carl Vinson VAMC, an agency of the United States government.

WHEREFORE, Plaintiffs respectfully demand:

a.    That summons be issued requiring Defendant to be served as provided by law and requiring Defendant to answer this Complaint;

b.    That Plaintiffs have a trial by a fair and impartial jury of twelve (12) members;

c.    That Plaintiff Gaylord Harold Winge, Jr., as Temporary Administrator of the Estate of Gaylord Harold Winge, III, Deceased, have judgment against and recover from Defendant a sum in excess of $75,000.00 for the medical, funeral and burial expenses of Gaylord Harold Winge, III which were incurred as a result of the negligence of Defendant and/or the agents, servants and employees of Defendant;

d.    That Plaintiff Gaylord Harold Winge, Jr., as Temporary Administrator of the Estate of Gaylord Harold Winge, III, Deceased, have judgment against and recover of

Defendant a sum in excess of $75,000.00 for Gaylord Harold Winge, III's pain and suffering, both mental and physical, incurred as a result of the negligence of Defendant and/or the agents, servants and employees of Defendant;

e.      That Plaintiff Romina Espina Riva, as Surviving Spouse and Next Kin of Gaylord Harold Winge, III, Deceased, have judgment against and recover from Defendant a sum in excess of $75,000.00 for the full value of Mr. Winge's life, pursuant to O.C.G.A. § 51-4-1 *et seq.*;

f.      That Plaintiffs recover the costs of Court; and

g.      That Plaintiffs receive such other and further relief as this Court shall deem just and equitable.

This 11th of March, 2025.

> */s/ Jessica A. Edmonds*
> KATHERINE L. MCARTHUR
> Ga. Bar No. 480730
> CALEB F. WALKER
> Ga. Bar No. 431765
> JESSICA A. EDMONDS
> Ga. Bar No. 675784

MCARTHUR LAW FIRM
6055 Lakeside Commons, Suite 400
Macon, Georgia 31210
(478) 238-6600 – Telephone
(478) 238-6607 – Facsimile
kmcarthur@mcarthurlawfirm.com
jedmonds@mcarthurlawfirm.com
**Attorneys for Plaintiffs**

## IN THE PROBATE COURT OF HOUSTON COUNTY
## STATE OF GEORGIA

IN RE: ESTATE OF                             )
                                             )
**GAYLORD HAROLD WINGE III,**                )        **ESTATE NO. 2023-ES-445**
**DECEASED**                                 )

### LETTERS OF ADMINISTRATION
*[Bond waived and/or certain powers granted]*

At a regular term of probate court, this Court granted an order allowing **GAYLORD HAROLD WINGE, JR.** to qualify as administrator(s) of the above-named decedent, who was domiciled in this county at the time of his or her death or was domiciled in another state but owned property in this county at the time of his or her death, and that upon so doing, letters of administration be issued to such personal representative(s).

THEREFORE, the said administrator(s), having taken the oath of office and complied with all necessary prerequisites of the law, is/are legally authorized to discharge all the duties and exercise all powers of personal representative(s), according to Georgia law.  In addition this Court:

*[Initial all that apply]*

KWH    (a)  ***POWERS GRANTED***: Grants to the administrator(s) all of the powers contained in O.C.G.A. § 53-12-261, except the administrator(s) shall not be authorized to bind the estate by any warranty in any conveyance or contract in violation of O.C.G.A. § 53-8-14 (a).

KWH    (b)  ***REPORTS WAIVED***: Grants to the administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court.

KWH    (c)  ***BOND WAIVED***: Waives the specific requirement to post bond.

KWH    (d)  ***STATEMENTS WAIVED***: Grants to the administrator(s) the specific power to serve without furnishing to the heirs statements of receipts and disbursements.

IN TESTIMONY WHEREOF, I have hereunto affixed my signature as judge of the probate court of said county and the seal of this office this 11th day of March, 2025.

_____
Judge of the Probate Court

*The following must be signed if the judge*
*does not sign the original of this document:*

Issued by:                                   *[Seal]*

_____
Clerk of the Probate Court

FILED IN OFFICE
MAR 1 1 2025
[12]
HOUSTON COUNTY PROBATE COURT
Received by:

GPCSF 3

Eff. July 2021



## IN THE PROBATE COURT OF HOUSTON COUNTY
## STATE OF GEORGIA

IN RE: ESTATE OF          )
                               )

**GAYLORD HAROLD WINGE III,**   )    **ESTATE NO. 2023-ES-445**
**DECEASED**               )

### ORDER APPOINTING ADMINISTRATOR

    A petition for letters of administration for the above named decedent was filed. **GAYLORD HAROLD WINGE, JR.** was/were nominated administrator(s) in the petition and is/are hereby found to be legally qualified for said office. The Court finds that the decedent died domiciled within, or domiciled outside the State of Georgia but owning property within, the above county. The Court finds that the decedent died intestate. The Court further finds that all of the heirs at law were served or acknowledged service. The Court further finds that no objection has been filed, and all requirements of law have been fulfilled.

    ACCORDINGLY, IT IS ORDERED that the person(s) named above is/are found to be qualified for such office and is/are hereby appointed administrator(s) of the estate of the decedent, and that appropriate letters be issued upon said administrator(s) giving bond with approved surety in the sum of **N/A** and taking the oath as provided by law. The administrator(s) shall not make any distribution to a person for the benefit of a minor unless that person is qualified to receive such funds according to law.

    IT IS FURTHER ORDERED that upon unanimous consent and publication of notice as necessary, the Court hereby: *[Initial all that apply]*

KWH    (a)  ***POWERS GRANTED***: Grants to the administrator(s) all of the powers contained in O.C.G.A. § 53-12-261, except the administrator(s) shall not be authorized to bind the estate by any warranty in any conveyance or contract in violation of O.C.G.A. § 53-8-14 (a).

KWH    (b)  ***REPORTS WAIVED***: Grants to the administrator(s) the specific power to serve without making and filing inventory, and without filing any annual or other returns or reports to any court.

KWH    (c)  ***BOND WAIVED***: Waives the specific requirement to post bond.

KWH    (d)  ***STATEMENTS WAIVED***: Grants to the administrator(s) the specific power to serve without furnishing to the heirs statements of receipts and disbursements.

    SO ORDERED this 11th day of March, 2025.



_____
Judge of the Probate Court

FILED IN OFFICE

MAR 1 1 2025

HOUSTON COUNTY PROBATE COURT
Received by: BC

INSTRUCTIONS

1. Unless inventory has been waived, an inventory of the estate must be filed with this Court by the administrator within six months after these letters are issued and a copy of that inventory must be delivered to the sui juris heirs by First-Class Mail within the same period.

2. Within 60 days after these letters are issued, notice must be given once a week for four weeks by advertisement in the official newspaper of the county in which the petition is made, requiring creditors of the estate to render in their demands and requiring debtors to make payment.

3. Unless returns have been waived, or a different accounting period has been approved, within 60 days after the anniversary date of issuance of these letters, in each and every year, every administrator must make a just and true account, under oath, of his or her receipts and expenditures on behalf of the estate during the preceding year, together with a note or memorandum of any other fact necessary to the exhibition of the true condition of the estate. The vouchers showing the correctness of each item must be retained by the administrator. A copy of each such return must be delivered to the sui juris heirs by First-Class Mail within the same period. The administrator is allowed six months from the date of his or her qualification to ascertain the condition of the estate, during which he or she is exempt from suit. The administrator should collect all debts due the estate, and pay the debts of the estate, wholly or in part, at the end of the six-month period. Payment of the debts of the decedent shall be made in accordance with their rank in priority as provided in O.C.G.A. § 53-7-40.

4. Unless returns and statements have been waived, at least once in each and every year, every administrator must prepare a statement of his or her receipts and expenditures on behalf of the estate during the preceding year, and a copy of each such statement must be delivered to the sui juris heirs by First-Class Mail within the same period.

5. The Administrator may continue the business of the decedent for the current year without a court order.

6. The normal commissions allowed the administrator are two and one-half percent of all sums of money received, and a like commission on all sums of money paid out. In addition, upon petition, the judge of the probate court may allow a commission of up to three percent of the value of all property distributed in kind. There are special rules concerning commissions on interest earned and extra compensation.

7. After the payment of all expenses of administration and other debts, the balance of the estate shall be promptly distributed to the heirs. The administrator must then make a final return, showing the receipts and disbursements since the last annual accounting, unless returns have been waived. A copy of the final return must be delivered to the sui juris heirs by First-Class Mail at the time of filing same.

8. It shall not be necessary for the administrator to mail copies of any annual returns, the final return, or any statements of receipts and disbursements to any heir who has individually waived in writing the right to receive copies of same unless and until such waiver is revoked in writing.

9. For further information, see O.C.G.A. Title 53, Chapters 6 and 7.



**VA | U.S. Department of Veterans Affairs**
**Office of General Counsel**

Torts Law Group (021)
810 Vermont Avenue, NW
Washington, DC 20420
Telephone: (202) 461-4900

Certified Mail 7013 2630 0001 4736 2469

In Reply Refer To: GCL 529288

October 1, 2024

*P dln 3/28/25*

Jessica A. Edmonds, Esq.
McArthur Law Firm
6055 Lakeside Cmns Dr. Ste 400
Macon, Georgia 31210

OCT 15 2024

Re:    Administrative Tort Claim of Gaylord Harold Winge

Dear Ms. Edmonds:

Please pass along our condolences regarding the death of Mr. Winge, and our gratitude for his service to our country to Mr. Winge's family.

Our adjudication of the claim included a review of mr. Winge's medical records, a review of the claim by an independent medical reviewer, and interviews of medical personnel.

After careful consideration by this office of your position relative to this agency's valuation of this claim, we have determined that the claim is not amenable to administrative resolution. Accordingly, this claim is hereby denied.

If you are dissatisfied with the denial of your claim, you may file suit directly under the FTCA, 28 U.S.C. §§ 1346(b) and 2671-2680. The FTCA provides that when an agency denies an administrative tort claim, the claimant may seek judicial relief in a Federal district court. The claimant must initiate the suit within six (6) months of the mailing of this notice as shown by the date of this denial (28 U.S.C. § 2401(b)). In any lawsuit, the proper party defendant is the United States, not the Department of Veterans Affairs.

Please note that FTCA claims are governed by a combination of Federal and state laws. Some state laws may limit or bar a claim or lawsuit. VA attorneys handling FTCA claims work for the Federal government and cannot provide advice regarding the impact of state laws or state filing requirements.

Sincerely,

*Jennifer Hansen*

Jennifer Hansen
Deputy Chief Counsel

**EXHIBIT**
B

## AFFIDAVIT OF NEEL DEWAN GUPTA, MD

**COMES NOW,** Neel Dewan Gupta, MD, and after being sworn by the undersigned attesting officer, does hereby make the following Affidavit:

**1.**

Attached hereto as "Exhibit 1" is a copy of the Affiant's curriculum vitae which gives his educational background, training, and experience. As set forth therein and otherwise, Affiant is duly licensed and has actual professional knowledge and experience in the area of Radiology and Musculoskeletal Radiology, in which his opinions are given. Affiant is Board Certified in Radiology.

Affiant practiced in the area of Radiology for at least ten years immediately preceding the date of the acts or omissions set forth herein and is currently an assistant clinical professor at Tulane University. He is the Director of the Musculoskeletal Radiology Fellowship at Tulane University. He is currently the President of the Radiological Society of Louisiana. Affiant is familiar with the standard of care for radiologists in the same or similar circumstances as those encountered during the imaging of Gaylord Harold Winge, III on March 24, 2023.

**2.**

Based upon the Affiant's background, education, training, and familiarity with the standards of Radiology and Musculoskeletal in the United States, and his review of the following certified medical records and documents pertaining to Gaylord Harold Winge, III:

A. Carl Vinson VAMC Records (DOS: 07/27/2011 – April 2, 2023);

    a. Client Copy

    b. Certified VA Copy



B. Winge Death Certificate.

C. Houston Medical Center Records (DOS: 7/1/22 – 01/23/22).

Affiant makes these observations and gives the following opinions.

**3.**

Gaylord Harold Winge, III, 56 years of age at the time of the care under review, was a patient of the Carl Vinson VAMC in Dublin, Georgia. Mr. Winge's medical history included: hypertension, dyslipidemia, Type 2 diabetes mellitus, diabetic retinopathy, congestive heart failure, varicose veins, and diabetic foot ulcer. Since July 27, 2011, Mr. Winge's VA records indicated he had an allergy to Iodinated Contrast Media which included drug classes: Diagnostic Agents, Radiological/Contrast Media, Radiopharmaceuticals, Diagnostic, Non-Ionic Contrast Media, Imaging Agents (In Vivo) Radiopharmaceuticals, Non-Imaging Agents Radiopharmaceuticals, Contrast Media, Other.

On March 24, 2023, Mr. Winge presented to Carl Vinson VAMC for an MRI without and with IV contrast of his right foot. The MRI was ordered by Osealuka G. Enendu, MD, due to poor healing of Mr. Winge's diabetic ulcer. The radiology report from this date indicates Mr. Winge has no allergies and that the contrast media used for the MRI study was Gadolinium.

The precontrast images were obtained and Mr. Winge received 17 ml of Multihance via injection. Before the postcontrast scanning could commence, Mr. Winge became nauseated and vomited. After receiving a sip of water, he reported feeling "tingly." The radiology nurse was called to evaluate Mr. Winge, and he became unresponsive and without pulse or respiration. CPR was initiated and a code called. The code was run by Dr. Enendu, Mr. Winge's treating physician, 911 was called and Mr. Winge was transported from the MR trailer to Fairview Park Hospital for further care and treatment.

The MRI was subsequently interpreted by Barry Parker, Staff Physician, who noted in his Impression: "It is not clear at this point if the patient had a true anaphylactic reaction to the MR contrast or simply vomiting with subsequent cardiopulmonary arrest." In contrast, Mr. Winge's VAMC medical record clearly reflects known Allergies to Iodine and Iodinated Contrast Media.

At Fairview Park Hospital it was determined Mr. Winge had severe anoxic encephalopathy and anaphylactic shock secondary to MRI dye causing cardiac arrest. He was unresponsive after four days after being removed from sedation. Due to his "grim" prognosis, his family requested hospice care at the Carl Vinson VAMC; however, prior to transfer he developed a fever and was found to have COVID 19 with aspiration pneumonitis and sinusitis. He was transferred back to Carl Vinson VAMC on March 31, and passed away two days later on April 2, 2023.

**4.**

Based on my background, education, training, and experience in the area of Radiology, it is my opinion, that more likely than not, the Radiology Team at Carl Vinson VAMC, including, but not limited to Barry Parker, Staff Physician, the radiology technologists, and the radiology nurse practiced beneath the applicable standard of care for radiology providers by failing to note Mr. Winge's known allergy to Iodine and Iodinated Contrast Media and allowing the injection of Gadolinium without premedicating Mr. Winge or having appropriate protocols in place in the event the patient experienced a foreseeable allergic reaction.

**5.**

Within reasonable medical probability, the above-noted violation of the standard of care resulted in Mr. Winge receiving Gadolinium contrast, which caused an anaphylactic reaction leading to cardiac arrest with secondary severe anoxic encephalopathy and, ultimately, Mr. Winge's death on April 2, 2023.

**6.**

The breach in the standard of care on the part of the Radiology Team were acts and/or omissions below the standard of care constituting negligence.

**7.**

This Affidavit is given for the purpose of identifying at least one negligent act or omission on the part of the Carl Vinson VAMC Radiology Team, including, but not limited to Barry Parker, MD, the radiology technologists, and the radiology nurse, and the factual basis for each such claim, as required by O.C.G.A. § 9-11-9.1. As such, this Affidavit is not intended to comprehensively set forth all opinions that I may hold regarding the care and treatment of Gaylord Winge III. Further, because the opinions set forth in this Affidavit have been reached without review of the sworn testimony of any witnesses or any other evidence that may be developed through the discovery process in this action or any records, documents, materials, or things potentially pertinent to the care and treatment of Gaylord Winge, III other than the records identified above, these opinions are expressly preliminary in nature. I expressly reserve the right to revise, modify, and/or expand on the opinions as set forth in this Affidavit.

**AFFIANT SO TESTIFIES UNDER OATH.**

**NEEL DEWAN GUPTA, MD**

Sworn to and Subscribed before me,
this _____ day of _____, 20___

_____
NOTARY PUBLIC
My Commission Expires: _____

**JESSICA LYNN BREAUX**
**Notary Public**
**Notary ID No. 157461**
**Jefferson Parish, Louisiana**

**NEEL DEWAN GUPTA M.D.**
3128 Nashville Avenue
New Orleans, Louisiana 70125
(504) 701-5561
ngupta.rad@gmail.com/ngupta@tulane.edu

## WORK EXPERIENCE

| | |
|---|---|
| **Tulane University Health Sciences Center** | **New Orleans, LA** |
| **Department of Radiology** | **11/1/2021** |
| **Assistant Clinical Professor** | |

| | |
|---|---|
| **Reliant Radiology, LLC** | **Metairie, LA** |
| **Diagnostic Imaging Services (DIS)** | **09/2013-present** |
| (Special interest in Musculoskeletal, PET/CT, spine, and women's imaging) | |

**Locums coverage:** **Northlake Radiology Consultants (NLR)/Access Radiology**   **Slidell, LA**
(Slidell Memorial Hospital, Southern Surgical Hospital, Highland Community Hospital, NOEH) **08/2012-present**

## EDUCATION

| | |
|---|---|
| **Tulane University** | **New Orleans LA** |
| **A.B Freeman School of Business** | **01/2022** |
| Master of Business Administration (**MBA**) Candidate | |

| | |
|---|---|
| **University of California San Diego (UCSD)** | **San Diego, CA** |
| **Musculoskeletal Radiology Fellowship** | **07/2011-06/2012** |
| (skilled in diagnostic and interventional Musculoskeletal ultrasound, small and large joint arthrography/steroid injections, Musculoskeletal and Spine MRI) | |

| | |
|---|---|
| **Tulane University Health Sciences Center** | **New Orleans, LA** |
| **Radiology Residency** | **07/2007-06/2011** |

| | |
|---|---|
| **Tulane University Health Sciences Center** | **New Orleans, LA** |
| **Preliminary Medicine Internship** | **07/2006-06/2007** |

| | |
|---|---|
| **Tulane University Medical School** | **New Orleans, LA** |
| **Baylor College of Medicine** | **Houston, Texas** |
| **M.D.** | **08/2002-05/2006** |

| | |
|---|---|
| **Paul Tulane College** | **New Orleans, LA** |
| **Tulane University** | **05/2002** |
| Bachelor of Arts and Sciences | |
| Major: Cellular and Molecular Biology | |
| Cumulative GPA: 3.978, **valedictorian** | |

| | |
|---|---|
| **A. B. Freeman School of Business, Tulane University** | **New Orleans, LA** |
| Minor: Business | **05/2002** |

**BOARDS**

**Physics Boards (passed 09/2009)**
**Radiology Written Boards (passed 09/2010)**
**Oral Boards (passed 05/2011) ABR BOARD CERTIFIED; (2021) ABR BOARD RECERTIFIED**


**STATE MEDICAL LICENSES**

**Active: Louisiana, Mississippi, Florida, North Carolina, Texas**
**Dormant: California**

**HONORS**
**Post-Residency:**
Society for Advanced Body Imaging (2022-present)
Society of Skeletal Radiology (SSR) (2012-present)
American Cancer Society Real Men Wear Pink (RMWP) Campaign Member 2020
**Residency:**
Owl Club Award, Outstanding Resident, 2009-2010, 2010-2011
Roentgen Resident/Fellow Research Award 2010
**Medical School:**
Jack Arons Scholarship Recipient, 08/2002-05/2006
Tulane Medical School Creative Premedical Scholar Recipient, 08/2002-05/2006
Co-founder of Orthopedic Surgical Society at Tulane Medical School, Co-President, 2004-present
**Undergraduate:**
Phi Beta Kappa, National Honor Society
William Wallace Peery Society Finalist (top three Tulane College graduates), 05/2002
Summa Cum Laude, 05/2002
Dean's Honor Scholarship Recipient, 08/1998-05/2002
Co-Founder of Habitat for Humanity Chapters at Tulane University (1999) and Ben Franklin High School (1997)
Omicron Delta Kappa, National Leadership Honor Society 2000-present


**PUBLICATIONS**

Ta Mitchell, Do Triet, Yu Amy, Gupta J, **Gupta ND,** Palacios, E. "Mucoepidermoid Carcinoma of the Hard Palate in Middle-Aged Man" Ear Nose and Throat Journal. 2022 August 11.

Ta Mitchell, Rashad A, **Gupta ND**, Nguyen J. "Growing Soft Tissue Mass Within the Right Groin of a Young Male Patient" J La State Med Soc. 2022 Summer: 174 (1):8-9.

Ball J, Gupta J, **Gupta N**, Nguyen J. "Acute Onset of Hoarseness of Voice in a Middle Aged Male Patient" J La State Med Soc. 2021 Winter: 173(3):18-19.

**Gupta N**, "Decision Support in Medicine: Imaging" Co-Editor and Co-Author, Electronic Textbook that serves as a reference guide, tool to assist primary care physicians in ordering/utilizing imaging studies. 2014-2017.

Malone C, **Gupta ND**, Palacios E, Neitzschman HR. "Idiopathic CD4 Lymphocytopenia" J La State Med Soc. 2017 May-Jun;169(3):85-87.

Stark C, **Gupta ND**, Serou M, Neitzschman H. Radiology Case of the Month: Persistent Lateral Foot Pain. J La State Med Soc. 2016 Sep-Oct;168(5):182-183.

Starks C, **Gupta ND**, Serou M, Neitzschman HR. "Persistent Lateral Foot Pain: Os peroneum pain syndrome" J La State Med Soc. 2012 Jul-Aug;164(4):225-6.

Miller D, **Gupta ND**, Palacios E, Neitzschman HR. "Radiology case of the month. An Unusual Cause of Hemorrhage with Rapid Deterioration" J La State Med Soc. 2011 Sep-Oct;163(5):286-9.

Adams A, Wright MJ, Johnston S, Tandon R, **Gupta ND**. "The Use of Multislice CT Angiography Preoperative Study for Supraclavicular Artery Island Flap Harvesting." Annals of Plastic Surgery. 2011 August 5.

**Gupta ND**, Lopater Z, Palacios E, Neitzschman HR. "Radiology case of the month. Generalized Weakness and Fatigue" J La State Med Soc. 2010 Jan-Feb;162(1):15-6, 18, 20.

Omar L, Schiao R, **Gupta ND**, Palacios E, Neitzschman HR. "Radiology case of the month. Immunocompromised with Puffy Cheeks" J La State Med Soc. 2009 Nov-Dec;161(6):313-4, 316.

Johnson J, **Gupta ND**, Palacios E, Neitzschman HR. "Radiology case of the month. Pulsatile Head Mass" J La State Med Soc. 2009 Sep-Oct;161(5):256, 258-9.

**Gupta N**, Palacios E, Barry S. "Unilateral submandibular gland aplasia: a rare phenomenon." Ear Nose Throat J. 2009 Mar;88(3):818-20.

Johnson J, **Gupta ND**, Palacios E, Neitzschman HR. "Radiology case of the month. Persistent headaches: Sinus mycetoma." J La State Med Soc. 2008 Sep-Oct;160(5):255-7.

Palacios E, Smith A, **Gupta N**. "Laryngeal Sarcoidosis" Ear Nose Throat J. 2008 May;87(5):252, 254.

Marshall R, **Gupta ND**, Palacios E, Neitzschman HR. "Progressive paresthesia and weakness after intrathecal chemotherapy."J La State Med Soc. 2008 Mar-Apr;160(2):92-4.

Scales JS, **Gupta ND**, Palacios E, Neitzschman HR. "Radiology case of the month. Neck pain after motor vehicle accident. Cervical acceleration-deceleration injury (Whiplash) resulting in muscle sprain best seen in MR examination. J La State Med Soc. 2007 Nov-Dec;159(6):305-6.

**Gupta ND**, Nguyen Q, Palacios E, Palliyath S, Neitzschman HR. "Radiology case of the month. Acute left thigh pain and weakness. Diabetic amyotrophy." J La State Med Soc. 2007 May-Jun;159(3):126, 128, 130.

**Gupta ND**, Saeed M, Neitzschman HR. "Radiology case of the month. Developmental delay. Agenesis of the corpus callosum."J La State Med Soc. 2007 Jan-Feb;159(1):8,

10.

Lang EK, **Gupta N**, Davis R, Macchia R. "Diagnosis of recurrent renal cell carcinoma following segmental and laparoscopic resection of multiphase spiral computerized tomography." J Urol. 2006 Apr;175(4):1503.

Lang EK, **Gupta N**, Thomas R. "Recurrent renal cell carcinoma after laparoscopic resection." J Urol. 2006 Jan;175(1):315.

Weiner GM, Battacharjee M, **Gupta ND**, Ware ML. "Remission of cerebral amyloid angiopathy and granulomatous angitis after low dose treatment with cyclophosphamide and dexamethasone" Surgical Neurology (submitted) 2009

## PRESENTATIONS

Palacios E, Gomez J, Nguyen J, **Gupta N** "Visual Pathways from the Cornea to the Visual Cortex: Pictorial and Pathological Review" Radiological Society of North America (RSNA) 2012 conference paper

**Gupta, ND**, Gupta JD, Palacios E "Anatomical and Imaging Review of Head and Neck Plexiform Neurofibromas and Their Association with Neurofibromatosis 1" American Society of Neuroradiology (ASNR) 2009 electronic exhibit

Gupta, JD, **Gupta ND**, Palacios E "Endolymphatic Sac Abnormalities: A comprehensive overview of pathological processes, clinical correlates, and imaging findings of lesions involving the endolymphatic sac" American Society of Head and Neck Radiology (ASHNR) 2009 educational poster

**Gupta, ND**, Gupta JD, Faruqui S, Garza L, Palacios, E "Case Review: A comprehensive retrospective case review of 6 unusual cases of retropharyngeal abscesses complicated with cervical discitis, osteomyelitis, and epidural abscesses noted in post-Hurricane Katrina New Orleans" American Society of Head and Neck Radiology (ASHNR) 2009 Oral Presentation

**Gupta ND**, Gupta JD, Palacios E "Inner Ear Pathology: A Comprehensive Imaging Overview of Pathological Processes Affecting the Bony and Membranous Labyrinth" American Roentgen Ray Society (ARRS) 2010 electronic exhibit.

**Gupta ND**, Gupta JD, Palacios E Neurofibromatosis 1 and 2 Revisited: A comprehensive yet concise imaging overview of the dominant imaging findings of NF-1 and 2 as demonstrated by a 10 year collection of cases. American Roentgen Ray Society (ARRS) 2010 electronic exhibit.

Gupta JD, **Gupta ND**, Palacios E Osler Weber Rendu: Diagnosis and Management. American Roentgen Ray Society (ARRS) 2010 electronic exhibit.

Gupta JD, **Gupta ND**, Palacios E "Nontraumatic Retropharyngeal Abscess Complicated by Cervical Discitis, Osteomyelitis and Epidural Abscess in Post-Katrina New Orleans: Diagnosis, Imaging Characteristics, and Management Options." American Society of Spine Radiology (ASSR) 2010 electronic exhibit.

Gupta JD, **Gupta ND**, Palacios E, Rojas, R "Nontraumatic and Nonneoplastic Myelopathy: A Comprehensive Review of Pathologic Processes, Clinical Correlates, and Imaging Findings over a 15-Year Collection of Cases." American Society of Neuroradiology (ASNR) 2010 electronic exhibit.

Gupta JD, **Gupta ND**, Palacios E, Ward K "Nontraumatic and Nonneoplastic Myelopathy: A Comprehensive Review of Pathologic Processes, Clinical Correlates, and Imaging Findings over a 15-Year Collection of Cases." Radiologic Society of North America (RSNA) 2010 poster exhibit.

**Gupta ND** "Review of Elbow Pathology" Dr. Donald Resnick's Internal Derangement Course 2012, 30 minute Oral presentation

**Gupta ND** "Anatomical Review of the Compartments of the Lower Extremity with Emphasis on the Fascia: Correlatory Overview of Fascial Pathologic Processes" Dr. Resnick UCSD Radiology Group 2012, 45 minute Oral presentation

**Gupta ND**, Gudmundsson M "Fascial Diseases: Review of Characteristic MRI Findings with Emphasis on Using Imaging to Determine Etiology" Radiological Society of North America (RSNA) 2012 conference paper

Bae Won C, **Gupta Neel**, Golnari P "Inside-out Theory of Cartilage Degeneration: Association of Deep Layer UTE Morphologic Alteration with Quantitative MR properties of Human Articular Cartilage" Radiological Society of North America (RSNA) 2012 conference paper

Ball J, Gupta JD, **Gupta ND**. "Where Did Your Voice Go? An anatomic and radiologic review of unilateral vocal cord paralysis;" # E1173; American Roentgen Ray Society (ARRS) 2017 electronic exhibit.

Ball J, Gupta JD, **Gupta ND**. "What's Black and White and Hoarse All Over ? Unilateral Vocal Cord Paralysis Cases Presented with an Anatomic and Radiologic Review;" eEdE#: eEdE-146; American Society of Neuroradiology (ASNR) 2017 electronic exhibit.

Gupta JD, Ball J, **Gupta ND**. "Beyond Hoarseness and Cough: An Imaging Review of Vocal Cord Paralysis through Cases;" XXI Symposium Neuroradiologicum, World Congress of Neuroradiology electronic exhibit 2018

Gupta JD, **Gupta ND**, Ball J "Where did my voice go? Unilateral Vocal Cord Paralysis Cases Presented with an Anatomic and Radiologic Review" American Society of Head and Neck Radiology (ASHNR) 2018 electronic exhibit.

Gupta JD, **Gupta ND**, Ball J "A New Approach to Facial Fullness: Extensive Five Year Institutional Review of Lesions of the Parotid Gland and Their Intimate Association with the Facial Nerve." American Society of Head and Neck Radiology (ASHNR) 2018 electronic exhibit.

Talwar R, **Gupta N**, Gupta J "The Silent Scream: A Case-Based Analysis of Vocal Cord Paralysis" American Society of Head and Neck Radiology (ASHNR) 2021 electronic exhibit

**Gupta N**, Hua J "Anatomical Review of the Compartments of the Lower Extremity with Emphasis on the Fascia: Correlatory Overview of Fascial Pathologic Processes" Society of Skeletal Radiology (SSR) 2022 electronic exhibit

Rigsbee C, Pemberton E, **Gupta ND**, Gupta JD "Blast Off! Conus Medullaris and Cauda Equina, The Next Generation and New Frontier: A Pictorial Review of a Collection of Cases Seen at Our Institution Over the Past Five Years. Let The Journey Begin!" American Society of Spine Radiology (ASSR) 2022 electronic exhibit

Rashad A, Do T, **Gupta N**, Gupta J "Bone Up on Esoteric Osseous Lesions of the Spine and Skull Base: A Pictorial Review focusing on a collection of cases from three institutions over the past 5 years" American Society of Spine Radiology (ASSR) 2022 electronic exhibit

Rashad A, Do T, **Gupta N**, Gupta J "Stones, Bones, Groans, and Psychiatric Overtones: A Pictorial Review of Parathyroid Adenomas" American Society of Neuroradiology (ASNR) 2022 electronic exhibit

Van Dyke J, **Gupta N**, Gupta J "Imaging Characteristics of Neurologic Associated Movement Disorders" American Society of Neuroradiology (ASNR) 2022 electronic exhibit

Kuchana Vishnupriya, Bisig Aaron, Jain Nishant, **Gupta Neel**, Nguyen Jeremy "Demystifying Convolutional Neural Networks: A Primer for Radiology Residents" American Society of Neuroradiology (ASNR) 2022 electronic exhibit

Albuck A, **Gupta N** "The Diagnostic Performance of Ultrasound and Computed Tomography in Detecting Neck Lymph Metastasis: A Systematic Review and Analysis" American Thyroid Association (ATA) 2022

Rangani P, Casey D, Rocco M, Murphy L, Gupta J, Mae Igi, Froom M, **Gupta N** "A New Perspective to the Physical Exam: An Institutional Review of Selected Neurological Cases Evaluated with Three-dimensional Printed Diffusion Tensor Images" American Society of Functional Neuroradiology (ASFNR) 2022

Chamberlin Chaz BS, Rocco Mark MD, Gupta Jagan D MD, **Gupta Neel D** MD. RSNA Case Collection, Diastematomyelia Type II with Tethered Cord. 2022.

Gupta ND: Musculoskeletal Ultrasound, Visiting Lecturer: Orthopedic Sports Medicine, Ochsner Clinic, 01/2010

Gupta ND: Musculoskeletal Throwing Elbow Part 1, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 08/08/2012

Gupta ND: Musculoskeletal Throwing Elbow and Rotator Cuff, Visiting Lecturer: LSU Health Sciences Center Physical Medicine and Rehabilitation, 08/24/2012

Gupta ND: Introduction to Radiology: Imaging Modalities, Visiting Lecturer: Tulane University Medical School, Anatomy Department, T1 Lecture, 09/21/2012

Gupta ND: Musculoskeletal Throwing Elbow Part 2, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 09/27/2012

Gupta ND: Musculoskeletal Ultrasound, Visiting Lecturer: Ochsner Hospital and Clinic, Department of Orthopedics, Sports Medicine Division, 9/27/2012

Gupta ND: Pathology of the Proximal Biceps Tendon: Biceps Pulley Lesions, Visiting Lecturer: LSU Health Sciences Center Physical Medicine and Rehabilitation, 10/19/2012

Gupta ND: Musculoskeletal Ultrasound, Visiting Lecturer: Ochsner Hospital and Clinic, Department of Orthopedics, Grand Rounds, 10/24/2012

Gupta ND: Pearls of CT, MR, PET/CT, Nuclear Medicine, and Interventional Radiology, Visiting Lecturer: Tulane Health Sciences Center, Internal Medicine, 10/29/2012

Gupta ND: Musculoskeletal MR Imaging of the Rotator Cuff, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 11/02/2012

Gupta ND: Imaging of the Biceps Tendon: Biceps Pulley, Visiting Lecturer: Ochsner Hospital and Clinic, Department of Orthopedics, Sports Medicine Division, 12/13/2012

Gupta ND: Musculoskeletal Ultrasound of the Hip: Internal Snapping Hip Syndrome, Tulane University, Department of Orthopedics, Sports Medicine Division, 12/20/2012

Gupta ND: Musculoskeletal MR Imaging of the Biceps Pulley, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 1/04/2013

Gupta ND: Imaging of the Anterior Cruciate Ligament: Pathologic Processes, Visiting Lecturer, Tulane University, Department of Orthopedics, Sports Medicine Division, 2/28/2013

Gupta ND: Advanced Imaging of the Wrist, Visiting Lecturer, LSU Health Sciences Center. Physical Medicine and Rehabilitation, 3/1/2013

Gupta ND: Imaging of the Carpal Bones with Emphasis on AVN of the Scaphoid, Visiting Lecturer, Tulane University, Department of Orthopedics, Hand and Upper Extremity Division, 3/28/2013

Gupta ND: MRI Imaging of the Wrist, Visiting Lecturer, Tulane Health Sciences Center, Department of Radiology, 3/28/2013

Gupta ND: Musculoskeletal Imaging of the Elbow: Anatomy with MRI Correlation, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 08/05/2013

Gupta ND: Advanced Imaging of the Long Head Biceps Tendon: Biceps Pulley, Visiting Lecturer: Ochsner Hospital and Clinic, Department of Orthopedics, Sports Medicine Division, 9/19/2013

Gupta ND: Multimodality Imaging of Knee Pain: Anatomy with MRI Correlation, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 10/24/2013

Gupta ND: Pathologic Processes of the ACL with Additional Focus on Anterior Knee Pain: Anatomy with MRI Correlation, Visiting Lecturer: LSU Health Sciences Center Physical Medicine and Rehabilitation, 11/08/2013

Gupta ND: Advanced MRI Imaging of the Patellofemoral Joint, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 1/22/2014

Gupta ND: Pathologic Processes of the ACL, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 2/19/2014

Gupta ND: Musculoskeletal MRI Anatomy of the Elbow, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 04/09/2014

Gupta ND: Musculoskeletal MR Imaging of the Glenohumeral Joint, Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 08/12/2014

Gupta ND: Tulane University Premedical Society, Guest Lecturer, Tulane University, 10/6/2014

Gupta ND: Musculoskeletal Imaging: "Hot Seat Case Conference," Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 01/20/2015

Gupta ND: Musculoskeletal Imaging Part II: "Hot Seat Case Conference," Visiting Lecturer: Tulane Health Sciences Center, Department of Radiology, 04/16/2015

Gupta ND: Musculoskeletal Imaging of the Elbow: Visiting Lecturer: LSU Health Sciences Center, Department of Radiology, 04/21/2015

Gupta ND: Multimodality Imaging of the Wrist, Visiting Lecturer, Tulane Health Sciences Center. Department of Radiology, 6/2/2015

Gupta ND: Multimodality Imaging of the Knee: Anterior Knee Pain, Visiting Lecturer, Tulane Health Sciences Center. Department of Radiology, 9/24/2015

Gupta ND: MRI Case Review of the Wrist Part 1, Visiting Lecturer, Tulane Health Sciences Center. Department of Radiology, 10/4/2016

Gupta ND: MRI Case Review of the Wrist Part 2, Visiting Lecturer, Tulane Health Sciences Center. Department of Radiology, 11/28/2016

Gupta ND: MRI Case Review of the Wrist Part 3, Visiting Lecturer, Tulane Health Sciences Center. Department of Radiology, 1/11/2017

Gupta ND: MRI Case Review of the Wrist Part 4, Visiting Lecturer, Tulane Health Sciences Center. Department of Radiology, 2/10/2017

Gupta ND: MRI Case Review of the Biceps Tendon, Visiting Lecturer, Tulane Health Sciences Center. Department of Radiology, 3/29/2017

Gupta ND: MRI Review of the Knee: Focus on Pathology Within the Patellofemoral Compartment, Visiting Lecturer, Tulane Health Sciences Center. Department of Radiology, 5/22/2017

Gupta ND: MRI MSK Board Review, Visiting Lecturer, Tulane Health Sciences Center. Department of Radiology, 6/15/2017

Gupta ND, "Introduction to Clinical Radiology," Visiting Lecturer, Tulane University, Minority Association of Pre-Medical Students (MAPS), 4/25/2018

## RESEARCH

- Qualitative and Quantitative Analysis of the Deep Calcified Layer of Articular Cartilage at the Knee using 3T imaging and novel MR sequences, 07/2011-present. Dr. Christine Chung, (University of California at San Diego)
- A Comparative Study: Anatomical Pathologic Reports vs. Radiologic Findings with Abdominal/GU Pathology, 06/2005-08/2005, Dr. Erich Lang (Tulane Radiology)
- **Honors Thesis:** The Effect of HIV 1 Tat on NF-kB Dependent Promoters in Jurkat Cells, 07/2001-05/2002 Dr. Om Prakash (Ochsner Hospital)

## EXPERIENCE

- **Radiology Society of Louisiana (RSL)**                    10/2021- 5/2022
  **Treasurer**
  **Radiology Society of Louisiana (RSL)**                    5/2022 - present
  **(Secretary/Treasurer)**

- **Alternate Councilor**                                     1/2022 - present
  **American College of Radiology (ACR)**

- **Clinical Assistant Professor**                            New Orleans, LA
  **Tulane University Health Sciences Center**                07/2012-present
  **Department of Radiology**

- **Adjunct Professor**                                       New Orleans, LA
  **Tulane University**                                       08/2007-present
  **Introduction to Clinical Medicine**

- **ACR AMCLC Chapter Leadership**                            Washington DC
  Represented ACR chapter and formulated policy              05/2009,05/2010

- **Visiting Musculoskeletal Radiology Fellow**              Ann Arbor, MI
  **Musculoskeletal Ultrasound, University of Michigan, Jon Jacobson MD 03/2012-04/2012**

## ACTIVITIES

**Post-Fellowship:**
ABR Oral Board Preparation for Tulane and LSU Radiology Residents (2013-present)
University of Michigan Musculoskeletal Ultrasound Review Course 03/2013
American College of Radiology (ACR) Certification of Proficiency **PET-CT** (2013)
American College of Radiology (ACR) **Breast Imaging Bootcamp and Tomosynthesis** (2015)
ACR **Amyvid (Florbetapir F 18 Injection)** Reader Training Workshop (2013)
American Society of Spine Radiology 02/2014
Society of Skeletal Radiology 2012

Tulane University Neuroscience Career Week (Panel Member) (March 2015)
Society of Skeletal Radiology 03/2015
**Fellowship:**
International Skeletal Society 09/2011
Internal Derangements of the Joints 02/2012
**Residency:**
Tulane Radiology Chief Resident 12/2009-12/2010
American College of Radiology (ACR) RFS Membership Committee 2009-2010, 2010-2011
Radiology Society of Louisiana Resident and Fellow Section, President (2009-2010)
Tulane Radiology Representative for Tulane Resident Congress (April 2009-present) (Quality
Improvement Committee Chairman)
Tulane Radiology Education Committee 2010-2011
Radiology Interest Group (Department Liason)
Tri-State Spring Radiology Meeting (RSL) 05/2009, 06/2010
American Society of Neuroradiology Meeting 2009
American Society of Head and Neck Radiology Meeting 2009
American Society of Spine Radiology 02/2010
American Roentgen Ray Society 05/2010
Radiology Society of Louisiana Annual Fall Meeting 2007-2009
American College of Radiology Annual Meeting and Chapter Leadership Conference 2009, 2010
**Medical School:**
Orthopedic Surgical Interest Group, Founder, Co-President, 2004-present
Students Against Right Brain Atrophy (SARBA), Performance Representative, 2002-2004
Community Medicine Interest Group (CMIG), Class Representative 2002-2004
Sports Medicine Shadowing Program at Tulane Institute of Sports Medicine 2002-2004
Values in Medicine, Retreat Leader (2004), Organized retreat guest speaker (2005)
Radiologic Society of North America, Member, 2005-present

**FOREIGN LANGUAGES**

Proficient in Spanish, Hindi, and Punjabi

**INTERESTS**

Swimming, Aerobics, Tennis, Travel

## AFFIDAVIT OF CHAUNDRIA SINGLETON RT (R)(CT)(MR)

**COMES NOW,** Chaundria Singleton RT (R)(CT)(MR), and after being sworn by the undersigned attesting officer, does hereby make the following Affidavit:

### 1.

Attached hereto as "Exhibit 1" is a copy of the Affiant's curriculum vitae which gives her educational background, training, and experience. As set forth therein and otherwise, Affiant is duly licensed and has actual professional knowledge and experience in the area of Imaging Technologist, in which her opinions are given. Affiant is certified in MRI and CT with the ARRT.

Affiant practiced in the area of Imaging Technologist for at least ten years immediately preceding the date of the acts or omissions set forth herein and is currently an Imaging Technologist for C&C Imaging Services, LL. Affiant is familiar with the standard of care for imaging technologist in the same or similar circumstances as those encountered during the imaging of Gaylord Harold Winge, III on March 24, 2023.

### 2.

Based upon the Affiant's background, education, training, and familiarity with the standards of Imaging Technologist in the United States, and her review of the following certified medical records and documents pertaining to Gaylord Harold Winge, III:

A.  Carl Vinson VAMC Records (DOS: 07/27/2011 – April 2, 2023);

    a.  Client Copy

    b.  Certified VA Copy

B.  Winge Death Certificate;

C.  Houston Medical Center Records (DOS: 7/1/22 – 01/23/22).



**EXHIBIT**
**D**

Page 1 of 5

Affiant makes these observations and gives the following opinions.

**3.**

Gaylord Harold Winge, III, 56 years of age at the time of the care under review, was a patient of the Carl Vinson VAMC in Dublin, Georgia. Mr. Winge's medical history included: hypertension, dyslipidemia, Type 2 diabetes mellitus, diabetic retinopathy, congestive heart failure, varicose veins, and diabetic foot ulcer. Since July 27, 2011, Mr. Winge's VA records indicated he had an allergy to Iodinated Contrast Media which included drug classes: Diagnostic Agents, Radiological/Contrast Media, Radiopharmaceuticals, Diagnostic, Non-Ionic Contrast Media, Imaging Agents (In Vivo) Radiopharmaceuticals, Non-Imaging Agents Radiopharmaceuticals, Contrast Media, Other.

On March 24, 2023, Mr. Winge presented to Carl Vinson VAMC for an MRI without and with IV contrast of his right foot. The MRI was ordered by Osealuka G. Enendu, MD, due to poor healing of Mr. Winge's diabetic ulcer. The radiology report from this date indicates Mr. Winge has no allergies and that the contrast media used for the MRI study was Gadolinium. The rapid response record notes the radiology technologist were Casey Mimbs, RT and Jamie Brock, RT.

The precontrast images were obtained and Mr. Winge received 17 ml of Multihance via injection from the radiology technologists. Before the postcontrast scanning could commence, Mr. Winge became nauseated and vomited. After receiving a sip of water, he reported feeling "tingly." The radiology nurse was called to evaluate Mr. Winge, and he became unresponsive and without pulse or respiration. CPR was initiated and a code called. The code was called at 1452 and the team not arrive until 1456. The code was run by Dr. Enendu who was notified at 1455 and on floor 15 of the hospital. 911 was called and Mr. Winge was transported from the MR trailer to Fairview Park Hospital for further care and treatment.

The MRI was subsequently interpreted by Barry Parker, Staff Physician, who noted in his Impression: "It is not clear at this point if the patient had a true anaphylactic reaction to the MR contrast or simply vomiting with subsequent cardiopulmonary arrest." In contrast, Mr. Winge's VAMC medical record clearly reflects known Allergies to Iodine and Iodinated Contrast Media.

At Fairview Park Hospital it was determined Mr. Winge had severe anoxic encephalopathy and anaphylactic shock secondary to MRI dye causing cardiac arrest. He was unresponsive after four days after being removed from sedation. Due to his "grim" prognosis, his family requested hospice care at the Carl Vinson VAMC; however, prior to transfer he developed a fever and was found to have COVID 19 with aspiration pneumonitis and sinusitis. He was transferred back to Carl Vinson VAMC on March 31, and passed away two days later on April 2, 2023.

**4.**

Based on my background, education, training, and experience in the area of Imaging Technologist, it is my opinion that the Radiology Technologists at Carl Vinson VAMC, including, but not limited to Casey Mimbs, RT and Jamie Brock, RT practiced beneath the applicable standard of care for radiology technologists by failing to note Mr. Winge's known allergy to Iodine and Iodinated Contrast Media, by failing to get approval from a radiologist to give contrast to a patient with a known allergy, and by giving the injection of Gadolinium without premedicating Mr. Winge or having appropriate protocols in place in the event the patient experienced a foreseeable allergic reaction.

**5.**

The breach in the standard of care on the part of the radiology technologists, Casey Mimbs, RT and Jamie Brock, RT, were acts and/or omissions below the standard of care constituting negligence.

**6.**

This Affidavit is given for the purpose of identifying at least one negligent act or omission on the part of the Carl Vinson VAMC Radiology Technologists, including, but not limited to Casey Mimbs, RT and Jamie Brock, RT and the factual basis for each such claim, as required by O.C.G.A. § 9-11-9.1. As such, this Affidavit is not intended to comprehensively set forth all opinions that I may hold regarding the care and treatment of Gaylord Winge III. Further, because the opinions set forth in this Affidavit have been reached without review of the sworn testimony of any witnesses or any other evidence that may be developed through the discovery process in this action or any records, documents, materials, or things potentially pertinent to the care and treatment of Gaylord Winge, III other than the records identified above, these opinions are expressly preliminary in nature. I expressly reserve the right to revise, modify, and/or expand on the opinions as set forth in this Affidavit.

**AFFIANT SO TESTIFIES UNDER OATH.**

_____
**CHAUNDRIA SINGLETON RT (R)(CT)(MR)**

Sworn to and Subscribed before me,
this 1ST day of MARCH , 2025

_____
NOTARY PUBLIC

Page 4 of 5

My Commission Expires: _2/11/2028_

(678) 313-4325
Singletoncm1@gmail.com

# Chaundria Singleton RT (R)(CT)(MR)

**Objective**
Imaging Technologist with 20 years of experience and currently certified in MRI and CT with the ARRT.  Solid understanding of radiation and MRI principles and principles of technique to acquire quality clinical images.  Demonstrates a high level of initiative and proficiency in the quality of work and patient safety and comfort.

**Experience**
7/2015- 8/31/2022    Athens Technical College         Athens, GA.

Adjunct MRI Instructor
- Responsible for development of curriculum for an MRI program.
- Didactic teaching responsibilities for students
- Develop courses for Sectional Anatomy, Physics and Instrumentation, MRI Safety and contrast media

8/2005 – Present        C & C Imaging Services LLC        Stone Mtn., GA.
Imaging Consultant/Trainer/MRI & CT Technologist
- Perform routine, post-op and emergency Neuro, Spine, Body, Angiography, Ortho MR & CT exams on neonate, pediatric, geriatric, and adult patients.
- Perform exams alongside radiologist and able to interpret radiologist protocol to fit patient diagnosis.
- Assist with sedation and general anesthesia of patient in preparation for exams.
- Expert in IV placement in patients for contrast studies.
- Train radiology staff in radiation and MR safety at state level and national levels.
- Optimize new imaging equipment for new protocols and train staff on proper operation of scanner equipment.
- ACR registration for outpatient imaging facilities.

6/2008 – 9/2020        Piedmont Hospital             Atlanta, GA.
Float MRI & CT Technologist
- Perform routine, post-op and emergency Neuro, Spine, Body, Angiography, Ortho MR & CT exams on neonate, pediatric, geriatric, and adult patients.
- Perform exams alongside radiologist and able to interpret radiologist protocol to fit patient diagnosis
- Assist with sedation and general anesthesia of patient in preparation for general, post-surgery, diagnostic, exams
- Expert in starting IV in patients for contrast studies
- Liaison to radiologist for biopsy procedures in put patient and in patient patients.
- Prepared patients for radiologic exams by asking a series of safety questions, checking chart for a medical history, completing a safety screening forma and contrast injection form.

(678) 313-4325
Singletoncm1@gmail.com

# Chaundria Singleton RT (R)(CT)(MR)

1/1/2012-12/1/2016    Center for Advanced Imaging        Atlanta, GA.

*PRN Research MRI Technologist*
- Perform fMRI brain MRI exams on patient for research exams
- Work along with research physicians to coordinate and scan patients based on the research protocols.

10/2007-01/2014        Rockdale Medical Center        Conyers, GA.

*MRI & CT Technologist*
- Perform routine, post-op and emergency Neuro, Spine, Body, Angiography, Ortho MR & CT exams on neonate, pediatric, geriatric, and adult patients.
- Perform routine, emergency, breast MRI, angiography exams
- Perform advance IV placement on inpatient and outpatients

2006-2011            South Fulton Medical Center        East Point, GA.

*CT/MR Technologist*
- Responsible for performing quality and timely CT & MR scans
- Worked closely with radiologist on CT biopsy cases
- Advanced IV placement on in patients and out patients

2003-2005            Georgia Urology            Atlanta, GA.
*Manager of Radiology*
- Developed imaging protocols for urological issues to plan for surgery, create a treatment plan and to follow up on prior diagnosis or post-op.
- Conducted yearly radiation safety classes for office staff.
- Performed CT scans for the body for interpretation by radiologist.
- Responsible for ordering imaging supplies for the continued operation of radiology department.
- Assisted urology practice in research studies post-surgery, cancer and more.

**Education**    2000-2002        Emory Medical University        Atlanta, GA.
*Associates in Medical Science*
- Most Outstanding Student Award

01/2015            AQI/MTMI            Las Vegas, NV
*Initial Mammography Training Course*
- Digital Mammography National Training Course

08/2017 - Present    Penn Foster College            Online
*Bachelors in Business Management*

(678) 313-4325
Singletoncm1@gmail.com

# Chaundria Singleton RT (R)(CT)(MR)

**Certifications/
Equipment**    ARRT-R, CT,MR

CPR BLS

MR Siemens 1.5T & 3T

CT Siemens

GE 1.5T

CT GE

Phillips 1.5T

CT Philips 16 slice

CT Toshiba

**References**    References are available on request.